IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:14-cr-00458-AA-1 |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) (COMPASSIONATE RELEASE)** |
| v. | |
| **MICHAEL AARON RIVERA-SEARS,** | |
| **Defendant.** | |

The Court, having considered the parties Joint Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) [91], hereby GRANTS said motion.

The sentence is hereby reduced to TIME SERVED effective one day after the date this Order is signed.

**PAGE 1 – ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) (COMPASSIONATE RELEASE)**

The Court will file an Amended Judgment on the electronic docket. All other terms and conditions of the Defendant's Judgment [82] remain as previously ordered.

DATED this  16th  day of        March        2022.

                                /s/Ann Aiken
                                Ann Aiken
                                United States District Court Judge

Submitted by:

/s/ Ryan Costello
Ryan Costello
Attorney for Defendant

**PAGE 2 – ORDER GRANTING JOINT MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) (COMPASSIONATE RELEASE)**